UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENKI RODRIGUEZ MORALES,

              Plaintiff,

-against-

THE NEW YORK POLICE DEPARTMENT, ET AL.,

              Defendants.

24-CV-6533 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action alleging that Defendants violated his rights. The Court dismisses the complaint without prejudice for the following reasons.

    Plaintiff previously submitted to this court a substantially similar complaint that is currently pending. *See Morales v. the Whole Entire New York Police Dep't, et al.*, 24-CV-4778 (LTS) (S.D.N.Y. Oct. 25, 2024) (dismissing complaint with leave to replead claims in an amended complaint). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. In fact, Plaintiff submitted a letter asking that these two cases be "merge[d]." (ECF 6.)

    Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 24-CV-4778. Plaintiff can raise all of his claims in that matter.

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of 24-CV-4778.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 31, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge